# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Damon Treloar and Kala Burke, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Officer Stephanie Packer, individually as ) | |
| An Officer of the Watford City Police ) | |
| Department, et al., ) | |
| ) | Case No. 1:25-cv-057 |
| Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 14, 2025, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 17th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court